Marissa Rosenberg-Carlson (SBN 358512)
marissa@rosenbergcarlson.com
409 63rd Street
Oakland, CA 94609
Telephone: (510) 621-3874

*Attorney for Petitioner*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDER FABRICIO GONZALEZ MONTES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | CASE NO. 1:26-CV-09250-EJD<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER VACATING PARTIES' BRIEFING SCHEDULE TO ALLOW PETITIONER TO FILE AMENDED PETITION** |

Pursuant to Civil Local Rules 143 and 144, Petitioner and Respondents hereby stipulate and request that the Court vacate its order setting the Parties' briefing schedule in order to allow Petitioner to file an amended petition by November 25, 2026. The Parties seek this modification because Petitioner's counsel was recently appointed, and she recently discovered through additional fact-finding that an amended petition is necessary. In support of this request, the Parties state as follows:

1. On November 9, 2026, Petitioner filed a pro se petition for writ of habeas corpus and a motion for temporary restraining order against Respondents. Dkt. Nos. 1, 3.
2. On November 10, 2026, this Court ordered Respondents to file their response within five court days, and ordered that Petitioners may file a reply within nine court days from the date of the order. Dkt. No. 7.
3. On the evening of November 16, 2026, Marissa Rosenberg-Carlson was appointed counsel for Petitioner by this Court. Dkt. No. 8. Counsel for Petitioner immediately reviewed the docket items and briefing schedule and determined that it would be necessary for Petitioner to file an amended petition.
4. On November 16 and 17, 2026, counsel for the Parties conferred and proposed vacating the Parties' briefing schedule, Dkt. No. 7, in order to allow Petitioner to file an amended petition by November 25, 2026.
5. Counsel for the Parties jointly propose the following filing and briefing schedule:
    a. Petitioner will file an amended petition by November 25, 2026.
    b. Respondents' response will be due within five court days of the filing of the amended petition. Respondents indicate that they may decide to file a notice of standing on their prior pleadings in lieu of responding to the amended petition.
    c. Petitioner may file a reply within nine court days of the filing of the amended petition.

THEREFORE, IT IS HEREBY STIPULATED, subject to the Court's approval, that the Court's order establishing the Parties' briefing schedule is vacated, and the Parties' proposed filing and briefing schedule is adopted.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: November 17, 2026

*/s/ Marissa Rosenberg-Carlson**
Marissa Rosenberg-Carlson

Attorney for Petitioner

DATED: November 17, 2026

ERIC GRANT
United States Attorney

*/s/ Jonathan Yu*
Jonathan Yu
Assistant United States Attorney

Attorney for Respondents

**In compliance with Civil Local Rule 131, the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, the Court's order establishing the Parties' briefing schedule is hereby vacated, and the Parties' proposed filing and briefing schedule is adopted by the Court.

IT IS SO ORDERED.

DATED: November 19, 2026

The Honorable Edward J. Davila
United States District Judge